# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FIDENCIO GALVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIMMS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01917-AWI-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW A COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Jose Fidencio Galvan ("Plaintiff") is an inmate at the Fresno County Jail proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 28, 2015.

　　　　On March 7, 2016, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and he has failed to file an amended complaint or otherwise contact the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow the Court's order and failure to prosecute. Plaintiff must file a response to this order within thirty (30) days. Plaintiff may also comply with this order by filing an amended complaint pursuant to the March 7, 2016, order.

///

///

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **April 29, 2016**            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

2